# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE KATHLEEN STELLMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00022-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 13) |

Plaintiff Danielle Kathleen Stellman ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). Pending before the Court is Plaintiff's stipulated request for an extension of time to file her motion for summary judgment from June 26, 2023, to June 30, 2023). (Doc. 13).

Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing for her motion for summary judgment is extended from June 26, 2023, to June 30, 2023; and

2. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any motion for summary judgment, cross-motion for motion for summary judgment/opposition

1

and/or reply brief.

IT IS SO ORDERED.

Dated:  **June 21, 2023**

_____
UNITED STATES MAGISTRATE JUDGE